UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE ESTATE OF MIGUEL ANTONIO RICHARDS,<br><br>                               Plaintiff,<br>                    -v-<br><br>CITY OF NEW YORK, et al.,<br><br>                              Defendants. | 18 Civ. 11287 (PAE)<br><br>ORDER |

PAUL A. ENGELMAYER, District Judge:

In the Case Management Plan filed on July 8, 2019, the Court scheduled a case management conference for February 4, 2020. Dkt. 20. Due to a scheduling conflict, the Court adjourns the conference to February 12, 2020 at 2:30 p.m.

SO ORDERED.

_____
Paul A. Engelmayer
United States District Judge

Dated: December 4, 2019
       New York, New York