UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

The Estate of Miguel Antonio Richards,

Plaintiffs,

-against-

The City of New York, et al,

Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  7/21/2020

1:18-cv-11287-MKV

ORDER

MARY KAY VYSKOCIL, United States District Judge:

WHEREAS, pursuant to the current scheduling order [ECF No. 20], all discovery on *Monell* claims is stayed pending resolution of the non-*Monell* claims [ECF No. 33] and the deadline to complete all non-*Monell* discovery in this case is July 2, 2020; and

WHEREAS, the Court received a letter dated July 1, 2020 from The City of New York Law Department, counsel to defendants, requesting jointly with plaintiff's counsel an extension to December 21, 2020 of the deadline for the parties to complete discovery [ECF No. 39]; and

WHEREAS, the July 1, 2020 letter is the parties' fourth joint request for extensions of time in which to complete discovery [ECF Nos. 32, 34, 36, 39]; and

WHEREAS, the Court held a telephonic status conference on July 21, 2020, with counsel for all parties in attendance, to address the status of discovery and the most recent joint request for a further extension of discovery;

In accordance with matters discussed at that Conference, it is hereby ORDERED:

- Defendants having represented that they have previously produced the "force investigation file" relating to the incident at issue, defendants will produce the administrative record relating to that "force investigation " on or before **July 24, 2020**.
- Defendants will produce any outstanding documents that have been demanded, including but not limited to the training manuals and materials, disciplinary

- history files relating to the four involved police officers, and other office records discussed at the conference, on or before **August 11, 2020**.

- The parties will complete fact discovery for all individual claims, including depositions, no later than **October 21, 2020**.  <u>This deadline will not be extended for any reason</u>.

- Defendants will file a pre-motion letter via ECF no later than **August 26, 2020** indicating whether it plans to move for summary judgment on any claims.

- In preparing and filing any motions, the parties should familiarize themselves with the Court's Individual Rules (available at https://www.nysd.uscourts.gov/hon-mary-kay-vyskocil).

- Finally, the parties are reminded that in accordance with the Court's Individual Practice Rules:

    - Should any disputes arise, the parties must meet and confer in an attempt to resolve the dispute. If they cannot do so, the issue must be brought to the Court's attention sufficiently in advance of the deadlines for completion of discovery to allow for compliance with the ruling by the court and any follow up discovery.  Deadlines will not automatically be extended to accommodate the resolution of discovery disputes.

    - **As discussed in the conference, <u>the parties are again warned that failure to comply with the deadlines or other terms of this Order may result in sanctions, including preclusion or dismissal of claims or defenses</u>.**

**SO ORDERED.**

Date:  **July 21, 2020**  
      **New York, NY**

_____  
**MARY KAY VYSKOCIL**  
**United States District Judge**