USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 09/11/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THE ESTATE OF MIGUEL ANTONIO RICHARDS,

Plaintiffs,

-against-

THE CITY OF NEW YORK, ET AL.,

Defendants.

1:18-cv-11287-MKV

ORDER

MARY KAY VYSKOCIL, United States District Judge:

The Parties filed a joint letter on August 31, 2020, wherein Plaintiff requested a pre-motion conference on its anticipated motion to compel regarding discovery disputes over redactions of Defendants' disciplinary histories and nondisclosure of investigative files in response to Plaintiff's document demands [ECF No. 50]. The Court granted Plaintiff's request and held a telephonic conference on September 11, 2020 [*see* ECF No. 51], with counsel for all parties in attendance.

In accordance with matters discussed at that conference, it is hereby ORDERED that:

- Defendants shall produce on or before **September 21, 2020**, the available IAB logs and closing reports for the eight use-of-force incidents referenced in the joint letter and discussed at the conference.

- Defendants shall produce on or before **September 21, 2020**, the CCRB Investigative Recommendations with respect to the eight use-of-force investigations.

- These documents shall be produced without prejudice to Plaintiff to seeking leave to move to compel production of additional documents.

- The Court shall deem the Plaintiff's letter requesting a pre-motion conference as a motion to compel further discovery from Defendants. Defendants shall file on or before **September 18, 2020,** an opposition with supporting affidavits addressing their objection that Plaintiff's requests are unduly burdensome and providing representations of the categories of matters that were redacted on the grounds of relevance from the documents already produced. Redacted documents may be produced to the Court for *in camera* review in connection with Defendant's Opposition. To the extent Defendant's Opposition contains confidential

information, it may be filed under seal (with an unredacted copy submitted to the Court via Chambers e-mail) and a redacted copy filed on the docket.

- The deadline to complete all fact discovery, including depositions, for all individual claims remains **October 21, 2020**, and will not be extended for any reason.

**THE PARTIES ARE AGAIN WARNED THAT FAILURE TO COMPLY WITH THE DEADLINES OR OTHER TERMS OF THIS ORDER MAY RESULT IN SANCTIONS, INCLUDING PRECLUSION OR DISMISSAL OF CLAIMS OR DEFENSES.**

**SO ORDERED.**

**Date: September 11, 2020**
**New York, NY**

_____
**MARY KAY VYSKOCIL**
**United States District Judge**