UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x

THE ESTATE OF MIGUEL ANTONIO RICHARDS by Sarekhi Shameila Stephens as Administrator of the goods, chattels, and credit of the deceased MIGUEL ANTONIO RICHARDS,

                                Plaintiff,

-against-

THE CITY OF NEW YORK, ET AL.,

                                Defendants.
------------------------------------------------------------------------x

~~PROPOSED~~ ORDER OF COMPROMISE

18 Civ. 11287 (MKV)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/16/2025

**WHEREAS,** plaintiff Sarekhi Shameila Stephens, as Administrator of the Estate of Miguel Antonio Richards, commenced this action by filing a complaint on or about December 4, 2018, alleging that the defendants violated plaintiff's federal civil and state common law rights;

**WHEREAS**, the parties have agreed to settle the claims in the Action, including Plaintiff's claim for attorneys' fees and costs, for One Hundred Fifty Thousand ($150,000.00) Dollars;

**WHEREAS**, the parties have entered into a Stipulation of Settlement ("Stipulation of Settlement"); and

**WHEREAS**, pursuant to N.Y. E.P.T.L. § 5-4.6, Plaintiff has requested that this Court approve the settlement as well as Plaintiff's counsels' attorneys' fees and disbursements.

                    **NOW, THEREFORE, IT IS HEREBY ORDERED** that

        1.        The settlement to resolve this action in the amount of One Hundred Fifty Thousand ($150,000.00) Dollars is approved and deemed adequate and reasonable, and Plaintiff Sarekhi Shameila Stephens, as Administrator of the Estate of Miguel Antonio Richards, is authorized to settle and discontinue the claims and causes of action of the Estate against the defendants in this Action.

2. Defendants shall deliver to Plaintiff's counsel a check made payable to "ZMO Law, PLLC" in the amount of One Hundred Fifty Thousand ($150,000.00) Dollars (the "Settlement Amount").

3. Plaintiff's counsel shall deposit the Settlement Amount in an interest bearing escrow account (the "Account").

4. Of the Settlement Amount, $61,155.68 is approved as attorneys' fees and costs for ZMO Law, PLLC and Law Offices of Daniel A. McGuinness, PC for services to the Plaintiff.

5. To the extent not already paid, ZMO Law, PLLC shall pay from the Account all due and payable expenses, excluding attorneys' fees, approved by the Court.

6. All attorneys' fees and costs approved by this Court for the prosecution of the action for wrongful act, neglect or default, inclusive of all disbursements, shall be immediately payable from the Settlement Amount upon submission to this Court of proof of filing of a petition for allocation and distribution in the Bronx County Surrogate's Court on behalf of the Estate of Miguel Antonio Richards.

7. ZMO Law, PLLC shall continue to serve as attorneys for the estate until the entry of a final decree in the Surrogate's Court.

Dated: New York, New York
       June 16, 2025

_____
HON. MARY KAY VYSKOCIL
UNITED STATES DISTRICT JUDGE